UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE CO. | CIVIL ACTION NO. 18-cv-0923 |
| VERSUS | JUDGE DOUGHTY |
| ROSLYN HEROD GILBERT, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

UniCare Life & Health Insurance Co. filed this complaint in interpleader and named five potential claimants to the proceeds of a life insurance policy. The docket sheet reflects that only two claimants, Trulanda F. Wells and Roslyn Herod Gilbert, have filed answers to the complaint. The other three defendants executed waivers of service that made their answers due on September 25, 2018. Docs. 5, 7 & 8. None of those three claimants has filed an answer, requested an extension of time, or otherwise appeared in this proceeding.

The failure of a named interpleader defendant to answer the interpleader complaint and assert a claim can be viewed as forfeiting any claim of entitlement that might have been asserted to the interpleaded funds. Voisin v. Tetra Technologies, Inc., 2011 WL 2680478, *4 (E.D. La. 2011). The other competing claimants in this interpleader will be allowed until **January 9, 2019** to file an answer or other response to the complaint in intervention. If they fail to do so by that date, Roslyn Herod Gilbert or Trulanda F. Wells may write the clerk of court and request entry of default against the competing claimants who did not file an answer.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of December, 2018.

Mark L. Hornsby
U.S. Magistrate Judge