UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNICARE LIFE & HEALTH INS. CO.** | **CASE NO. 5:18-CV-00923** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **ROSLYN HEROD GILBERT, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff UniCare Life & Health Insurance Company's Motion to Dismiss Counterclaim [Doc. No. 14], is **DENIED**.

MONROE, LOUISIANA, this 11th day of January, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**